**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

 -against-

ANDERSON GARCIA,
    Defendant.
------------------------------------------------------------X

21 CR. 402 (RMB)

**ORDER**

The status conference previously scheduled for Wednesday, June 30, 2021 at 10:30 AM is hereby rescheduled to 12:30 PM on the same date.

In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

 USA Toll-Free Number: (877) 336-1829
 Access Code: 6265989
 Security Code: 2350

Dated: June 23, 2021
   New York, NY

               _____
                 RICHARD M. BERMAN
                    U.S.D.J.