**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

       -against-

ANDERSON GARCIA,
                Defendant.
------------------------------------------------------------X

21 CR. 402 (RMB)

**AMENDED ORDER**

The status conference previously scheduled for Wednesday, June 30, 2021 at 10:30 AM is hereby rescheduled to 12:00 PM on the same date.

In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2350

Dated: June 29, 2021
       New York, NY

                                            RICHARD M. BERMAN
                                                   U.S.D.J.