**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                        21 CR. 402 (RMB)

  -against-

                                                                                                        **ORDER**

ANDERSON GARCIA,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, August 10, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0402

Dated: August 4, 2021
       New York, NY

                                                      _____
                                                          RICHARD M. BERMAN
                                                               U.S.D.J.