# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 25, 2021

**BY ECF**

The Honorable Judge Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The Court will hold a teleconference on 8/30/21 at 10:00 am. Dial in information is as follows: 1-877-336-1829, access code: 6265989, security code: 0402.
>
> SO ORDERED:
> Date: 8/25/21
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

**RE:  United States v. Anderson Garcia**
       **21 Cr. 402 (RMB)**

Honorable Judge Berman:

    I write to respectfully request that CJA counsel be appointed in the above captioned matter. There has been an irreversible break down in the attorney-client relationship between myself and Mr. Garcia and, as he has indicated to the Court in his August 24 motion, he no longer wishes to be represented by the Federal Defenders of New York. I ask that the CJA counsel on duty be appointed in this matter.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735/ (917) 612-2753

cc:   Jun Xiang, Assistant U.S. Attorney