**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

   21 CR. 402 (RMB)

 -against-

**ORDER**

ANDERSON GARCIA,
     Defendant.
------------------------------------------------------------X

  The Court hereby schedules a bail hearing in this case for Tuesday, October 12, 2021 at 9:00 AM.

Dated: September 23, 2021
   New York, NY

             _____
               RICHARD M. BERMAN
                 U.S.D.J.