# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 24, 2021

**Extension granted on consent.**

SO ORDERED:
Date: 9/27/21
Richard M. Berman, U.S.D.J.

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Anderson Garcia**
     **21 CR 402 (RMB)**

Dear Judge Berman:

With the consent of the Government, I write to request an extension of the deadline for pretrial motions in the above-referenced matter. I am still in the process of reviewing discovery, including the production of electronic devices disclosed to the defense yesterday evening. I need additional time to review the voluminous discovery with Mr. Garcia before filing pretrial motions. Moreover, I begin trial on October 4 and will have limited opportunity to review the discovery with Mr. Garcia. A deadline extension of approximately 30 days should provide sufficient time to review the discovery and file any pretrial motions. Therefore, with the Government's consent, I respectfully request that the Court endorse the following schedule:

- Mr. Garcia's pretrial motions due by October 28, 2021.
- Government response by November 11, 2021.
- Mr. Garcia's reply by November 18, 2021.

Respectfully submitted,

___/s/_____
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:  Jun Xiang
     Rebecca Dell
     Assistant United States Attorneys