**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

                                                                           21 CR. 402 (RMB)

   -against-

                                                                           **ORDER**

ANDERSON GARCIA,
          Defendant.
------------------------------------------------------------X

The bail hearing previously scheduled for Tuesday, October 12, 2021 at 9:00 AM is hereby rescheduled to 11:00 AM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding scheduled for is being held telephonically pursuant to the CARES Act and applicable implementing court procedures. Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0402

Dated: October 6, 2021
       New York, NY

                                                                _____
                                                                  RICHARD M. BERMAN
                                                                        U.S.D.J.