**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

    -against-

ANDERSON GARCIA,
              Defendant.
------------------------------------------------------------X

21 CR. 402 (RMB)

**ORDER**

    In light of the continuing COVID-19 pandemic, the plea hearing scheduled for Thursday, January 27, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0402

Dated: January 19, 2022
       New York, NY

*Richard M. Berman*
_____
        RICHARD M. BERMAN
              U.S.D.J.