## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 18, 2022

By ECF
The Honorable Judge Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/22

RE: **United States v. Anderson Garcia**
    **21 Cr. 402 (RMB)**

Dear Judge Berman:

    I write with the consent of the Government to request an adjournment of Mr. Garcia's sentencing hearing for a period of approximately 60 days. This is Mr. Garcia's first request for an adjournment of sentencing. I am awaiting additional records and documentation critical to Mr. Garcia's sentencing. Moreover, the parties await completion of the final Presentence Report. The requested adjournment will provide the defense with enough time to obtain and incorporate into its advocacy, records that serve as important mitigation evidence and that are critical to Mr. Garcia's sentencing hearing.

    As noted above, the Government consents to this request for an adjournment. Both parties are available the week of June 27, 2022 (except June 28).

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

*[Handwritten note from Judge:]* Sentence is scheduled for 6/29/22 at 10:00am. Defense submission is due 6/13/22. Government submission is due 6/20/22.

SO ORDERED:
Date: 4/19/22
Richard M. Berman, U.S.D.J.

cc: Jun Xiang
    Assistant United States Attorney
    (by ECF)