**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                         21 CR. 402 (RMB)

    -against-

                                                                         **ORDER**

ANDERSON GARCIA,
                Defendant.
------------------------------------------------------------X

The sentencing proceeding previously scheduled for Wednesday, July 20, 2022 at 9:00 AM is hereby adjourned to Tuesday, August 16, 2022 at 9:00 AM.

Dated: July 15, 2022
       New York, NY

                                                           _____
                                                              RICHARD M. BERMAN
                                                                   U.S.D.J.