**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                                21 CR. 402 (RMB)

    -against-

                                                                                              **ORDER**

ANDERSON GARCIA,
                Defendant.
------------------------------------------------------------X

       The sentencing proceeding previously scheduled for Tuesday, August 16, 2022 at 9:00 AM is hereby adjourned to Wednesday, August 31, 2022 at 9:00 AM.

Dated: July 20, 2022
       New York, NY

                                                                                        */s/ Richard M. Berman*
                                                                                        RICHARD M. BERMAN
                                                                                            U.S.D.J.