**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

      -against-

ANDERSON GARCIA,
                  Defendant.
-------------------------------------------------------------X

21 CR. 402 (RMB)

**ORDER**

      The sentencing proceeding previously scheduled for Wednesday, August 31, 2022 at 9:00 AM is hereby adjourned to Wednesday, September 21, 2022 at 10:30 AM.

Dated: August 2, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.