UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                    21 CR. 402 (RMB)
  -against-

                                                  **ORDER**

ANDERSON GARCIA,
            Defendant.
------------------------------------------------------------X

       The sentencing proceeding previously scheduled for Wednesday, September 21, 2022 at 10:30 AM is hereby rescheduled to 9:00 AM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding will be held by video pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0402

Dated: August 24, 2022
         New York, NY

                                                */s/ Richard M. Berman*
                                          _____
                                                RICHARD M. BERMAN
                                                       U.S.D.J.